THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anonymous,<br><br>                                 Petitioner,<br><br>          -against-<br><br>Anonymous, et al.,<br><br>                                 Respondents. | 24-CV-3495 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Petitioner filed a letter (ECF 20) seeking "clarification" of my order of June 3, 2024 (ECF 19), which directed her to refile certain documents from which she had redacted more information than permitted in my order of May 24, 2024 (ECF 17). I interpret her letter to be a request for reconsideration of my orders of May 24 and June 3, 2024. Petitioner argues that one of the documents she wishes to redact is a confidential communication with the FBI and that others are the very medical records that she is seeking to have sealed through this proceeding. She states: "Making my medical record available to the public completely contradicts the purpose of New York State Mental Hygiene (MHY) Law 33:14 – the sole reason I filed this case." (ECF 20, Letter.) While I understand Petitioner's frustration, I am bound by Second Circuit law, which I do not understand to permit documents on which the Court has relied to be hidden from the public. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). I therefore cannot allow Petitioner to redact all or large portions of the documents she has submitted to the Court – doing so would mean that those documents would effectively be sealed. Petitioner also asks about the basis for my statement in my May 24, 2024 order that

"there are serious questions as to whether this Court would have the authority to grant the relief being sought in the Petition." Judges may not provide legal advice to litigants, and so I encourage Petitioner to consult with one of the following organizations about this issue:

**The Mental Hygiene Legal Service (MHLS)** at (646) 386-5891. Additional information about the MHLS can be found at https://nycourts.gov/courts/ad1/committees&programs/mhls/index.shtml.

**The independent NYLAG Legal Clinic for Pro Se Litigants in the SDNY** at (212) 659-6190. Additional information about this clinic can be found at https://nylag.org/pro-se-clinic/.

**The City Bar Justice Center's Veterans Assistance Project** at (212) 382-4722. Additional information about this project can be found at https://www.citybarjusticecenter.org/projects/veterans-assistance-project/.

Petitioner's request for reconsideration of my order of May 24 and June 3, 2024 is denied. However, the deadline for Petitioner to comply with my June 3, 2024 order is extended nunc pro tunc until **June 14, 2024**.

DATED:  June 10, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge